UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANESH RAM,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINA PRASAD,<br><br>    Defendant. | No.  2:23-cv-02168 KJM AC (PS)<br><br><br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

      On October 13, 2023 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  F. & R., ECF No. 7.  Plaintiff has filed objections to the findings and recommendations.  Objs., ECF No. 8.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

      As explained by the magistrate judge, federal courts are courts of limited jurisdiction. This means federal courts like this one have the power to hear only two general types of cases: 1) cases arising under federal law and 2) diversity cases where the parties are citizens of different

1 states, and the amount of controversy is over $75,000. *Home Depot U. S. A., Inc. v. Jackson*, 139 S. Ct. 1743, 1746 (2019). Here, both parties appear to be citizens of California, Compl. at 1, ECF No. 1, and the amount of controversy is $12,000, which is less than $75,000, *id.* at 5. Additionally, as the magistrate judge explains in the findings and recommendations, plaintiff does not state a claim under federal law. F.& R. at 2–3. As such, this court does not have subject matter jurisdiction over, or the power to hear, this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 13, 2023, are adopted in full; and

2. This case is dismissed for lack of subject matter jurisdiction.

DATED: January 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE